EDMUND G. BROWN JR.
Attorney General of the State of California
PAUL T. HAMMERNESS
Supervising Deputy Attorney General
JOHN P. DEVINE, State Bar No. 170773
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5522
 Fax:  (415) 703-5480
 Email:  John.Devine@doj.ca.gov

Attorneys for Defendant Superior Court of California,
County of Santa Clara

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **HOWARD HERSHIPS,**<br><br>                                             Plaintiff,<br><br>     v.<br><br>**SUPERIOR COURT OF CALIFORNIA COUNTY OF SANTA CLARA, et al.,**<br><br>                                             Defendants. | Case No.  C-06-6644-MJJ<br><br>**DEFENDANT SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA'S REQUEST FOR PERMISSION TO APPEAR**<br>(Civil Local Rule 11-9(a))<br><br>**E-FILING** |

   On April 19, 2007, defendant Superior Court of California, County of Santa Clara filed and served a notice of motion and motion to dismiss plaintiff's second amended complaint. Defendant noticed the hearing on the motion to dismiss for Tuesday, June 5, 2007.  Pursuant to Civil Local Rule 11-9(a), defendant requests that the Honorable Martin J. Jenkins approve the appearance of Michael Wahlander, who will be under the direct supervision of California Deputy Attorney General John P. Devine, to argue the motion to dismiss at the currently scheduled hearing.  Mr. Wahlander previously applied for permission to appear in the U.S. District Court for the Northern District of California pursuant to Civil Local Rule 11-9 (c)(1), and on May 23,

1  2007, Richard W. Wieking, Clerk of the U.S. District Court for the Northern District of

2  California, issued a certificate of eligibility pursuant to Civil Local Rule 11-9 (c).  (See Exhibit

3  A attached hereto, a true and accurate copy of the Certificate of Eligibility signed and dated by

4  Clerk Wieking).

5        Dated:  May 31, 2007.

6                        Respectfully submitted,

7                        EDMUND G. BROWN JR.
                         Attorney General of the State of California
8                        PAUL T. HAMMERNESS
                         Supervising Deputy Attorney General

11                       s/John P. Devine
                         JOHN P. DEVINE
12                       Deputy Attorney General

13                       Attorneys for Defendant Superior Court of California, County of
                         Santa Clara

40147592.wpd
SF2006403235

U.S. District Court
for the
Northern District of California

**STUDENT PRACTICE APPLICATION**
Pursuant to Civil Local Rule 11-9(c)(1)

I, _Michael Wahlander_, do hereby apply for permission to appear in the U.S. District Court for the Northern District of California pursuant to Civil Local Rule 11-9(c)(1).

_____
Signature

================================================================

**CERTIFICATE OF ELIGIBILITY**

I, Richard W. Wieking, Clerk of the U.S. District Court for the Northern District of California, do hereby issue this certificate of eligibility pursuant to Civil Local Rule 11-9(c).

Date: _5/23/07_         _Richard W. Wieking_
                              Clerk

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **HERSHIPS, Howard v. Superior Court, et al.**

No.:  **C-06-6644-MJJ**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 31, 2007, I served the attached **Defendant Superior Court of California, County of Santa Clara's Request for Permission to Appear (Civil Local Rule 11-9(a))** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Howard Herships
P. O. Box 190711
San Francisco, CA  94119-0711
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 31, 2007, at San Francisco, California.

|              ROSALINDA F. ASUNCION              |              s/.Rosalinda F. Asuncion              |
| :---: | :---: |
| Declarant | Signature |

40119768.wpd