1 | ANN MILLER RAVEL, County Counsel (S.B. #62139)
KEVIN M. HAMMON, Deputy County Counsel (S.B. #232360)
2 | OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
3 | San Jose, California  95110-1770
Telephone:  (408) 299-5900
4 | Facsimile:  (408) 292-7240

5 | Attorneys for Defendants
MAXMILIAN ZARZANA, and PINAKI
6 | CHAKRAVORTY (erroneously sued herein
as "MAXNILIAN ZARZANA" and
7 | "PINAKI CHAKRAVORT")

8

9 |                    UNITED STATES DISTRICT COURT

10 |              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | HOWARD HERSHIPS,                )   No.    06-6644 MJJ
                                )
13 |        Plaintiff,              )   **DEFENDANTS MAXMILIAN ZARZANA**
                                )   **AND PINAKI CHAKRAVORTY'S**
14 | v.                             )   **NOTICE OF MOTION AND MOTION**
                                )   **TO DISMISS, OR IN THE**
15 | THE SUPERIOR COURT OF          )   **ALTERNATIVE STAY, PLAINTIFF'S**
CALIFORNIA COUNTY OF SANTA      )   **FIRST AMENDED COMPLAINT**
16 | CLARA, SANTA CLARA COUNTY      )   **F. R. Civ. P. 12(b)(6)**
DEPUTY DISTRICT ATTORNEYS       )
17 | MAXNILIAN ZARZANA, PINAKI      )   Date:   August 28, 2007
CHAKRAVORT, STEVEN TODD         )   Time:   9:30 a.m.
18 | KIRSCH, DAVID DUPERRAULT,      )   Crtrm:  11, 19th Floor
GERALD SORENSON, PALO ALTO      )   Judge:  Judge Martin J. Jenkins
19 | POLICE OFFICER CARLOS DE       )
SANTIAGO, JOHN EVERDING AND     )
20 | DOES 1 through 20 inclusive,   )
                                )
21 |        Defendants.            )
                                )
22 | ————————————————————————————————

23 |        PLEASE TAKE NOTICE that on **August 28, 2007**, at **9:30 a.m.** or as soon thereafter as

24 | the matter may be heard in Courtroom 11of the above-entitled Court, located at 450 Golden

25 | Gate Ave., San Francisco, CA 94102, Defendants MAXMILIAN ZARZANA, and PINAKI

26 | CHAKRAVORTY will and hereby do move the Court: 1) to dismiss Plaintiff HOWARD

27 | HERSHIPS' complaint as to them under the absolute prosecutorial and judicial immunities; 2)

28 | to dismiss the instant complaint under the *Younger* abstention doctrine; and/or 3) to stay the

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

County Defendants' Notice of Motion to
Dismiss Plaintiff's First Amended Complaint        -1-                    06-6644 MJJ

instant action pursuant to *Gilbertson v. Albright* and the *Younger* abstention doctrine. *See Younger v. Harris*, 401 U.S. 37 (1971); *Gilbertson v. Albright*, 381 F.3d 965, 982 (9th Cir. 2004).

This motion to dismiss will be based on this Notice of Motion and Motion to Dismiss, or in the Alternative Stay, Plaintiff's First Amended Complaint; the Memorandum of Points and Authorities in Support of Santa Clara County Defendants' Motion to Dismiss, or in the Alternative Stay, Plaintiff's First Amended Complaint; the pleadings, records, and papers filed herein; and such other and further oral and documentary evidence and legal memoranda as may be presented at or by the hearing on these issues.

Dated: June 26, 2007                                   Respectfully submitted,

                                                       ANN MILLER RAVEL
                                                       County Counsel


                                       By:    _____/S/_____
                                                       KEVIN M. HAMMON
                                                       Deputy County Counsel

                                                       Attorneys for Defendants
                                                       MAXMILIAN ZARZANA, and
                                                       PINAKI CHAKRAVORTY
                                                       (erroneously sued herein as
                                                       "MAXNILIAN ZARZANA" and
                                                       "PINAKI CHAKRAVORT")

85287.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

County Defendants' Notice of Motion to
Dismiss Plaintiff's First Amended Complaint          -2-                    06-6644 MJJ