```
ANN MILLER RAVEL, County Counsel (S.B. #62139)
KEVIN M. HAMMON, Deputy County Counsel (S.B. #232360)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
MAXMILIAN ZARZANA, and PINAKI
CHAKRAVORTY (erroneously sued herein
as "MAXNILIAN ZARZANA" and
"PINAKI CHAKRAVORT")
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD HERSHIPS, <br><br> Plaintiff, <br><br> v. <br><br> THE SUPERIOR COURT OF CALIFORNIA COUNTY OF SANTA CLARA, SANTA CLARA COUNTY DEPUTY DISTRICT ATTORNEYS MAXNILIAN ZARZANA, PINAKI CHAKRAVORT, STEVEN TODD KIRSCH, DAVID DUPERRAULT, ERALD SORENSON, PALO ALTO POLICE OFFICER CARLOS DE SANTIAGO, JOHN EVERDING AND DOES 1 through 20 inclusive, <br><br> Defendants. | No.   06-6644 MJJ <br><br> **PROOF OF SERVICE BY MAIL** |

I, Catherine M. Grijalva, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of:

1) **DEFENDANTS MAXMILIAN ZARZANA AND PINAKI CHAKRAVORTY'S NOTICE OF MOTION AND MOTION TO DISMISS, OR IN THE ALTERNATIVE STAY, PLAINTIFF'S FIRST AMENDED COMPLAINT F. R. Civ. P. 12(b)(6)**

2) **DEFENDANTS MAXMILIAN ZARZANA, AND PINAKI CHAKRAVORTY'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SANTA CLARA COUNTY DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE STAY, PLAINTIFF'S FIRST AMENDED COMPLAINT**

by placing said copy in an envelope addressed to: **Howard Herships, P.O. Box 190711, San Francisco, CA. 94119-0711** which envelope was then sealed, with postage fully prepaid thereon, on **June 26, 2007**, and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **June 26, 2007**, at San Jose, California.

_Catherine M. Grijalva_

85604.wpd