IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HOWARD HERSHIPS,** | No. **C 06-6644 MJJ** |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| **SUPERIOR COURT OF CALIFORNIA, SANTA CLARA COUNTY, et al.**, | |
| Defendants, / | |

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT that, upon notice of Defendant Kirsch's Motion to Dismiss, set for August 28, 2007, the Court has accordingly rescheduled the **Initial Case Management Conference** hearing previously scheduled for Tuesday, July 24, 2007 at 2:00 p.m. before the Honorable Martin J. Jenkins. The hearing has been reset for **Tuesday, October 2, 2007 at 2:00 p.m.** Please be advised that a joint statement from the parties is due ten (10) days prior to the conference.

Please report to Courtroom 11, on the 19th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
Edward Butler
Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD HERSHIPS,<br><br>    Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA et al,<br><br>    Defendant._____/ | Case Number: CV06-06644 MJJ<br><br>**CERTIFICATE OF SERVICE**<br><br>**ON NON E-FILING PARTY** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 9, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Howard Herships
P.O. Box 190711
San Francisco, CA 94119-0711


Dated: July 9, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk