STEVEN T. KIRSCH
13930 La Paloma Road
Los Altos Hills, CA 94022
Phone: (650) 941-0248
Facsimile: (408) 716-2493
Email address: stk@propel.com
*In pro per*

JOHN C. BROWN (State Bar # 195804)
Redenbacher & Brown, LLP
580 California Street, Suite 1600
San Francisco, California 94104
Phone: (415) 409-8600
Facsimile: (415) 520-0141
Email: jbrown@redbrownlaw.com

Attorneys for Defendant, STEVEN T. KIRSCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOWARD HERSHIPS,<br><br>    Plaintiff,<br><br>vs.<br><br>THE SUPERIOR COURT OF CALIFORNIA COUNTY OF CALIFORNIA, *et al.*,<br><br>    Defendants. | Case No.: C 06-CV-6644 MJJ<br><br>**AMENDED MOTION TO STAY FIRST AMENDED COMPLAINT AGAINST STEVEN T. KIRSCH UNDER F.R.C.P. 12(b)(6)**<br><br>Date of Motion: August 28, 2007<br>Time of Motion: 9:30 a.m.<br>Ctrm: 11, 19th Floor<br>Judge: The Hon. Martin J. Jenkins |

NOTICE IS HEREBY GIVEN that on August 28, 2007 at 9:30 a.m. or as soon thereafter as counsel and Steven T. Kirsch may be heard by the above-entitled Court, located at 450 Golden Gate Ave., San Francisco, CA, 94102, in the courtroom of The Hon. Martin J. Jenkins, defendant Steven T. Kirsch, *in pro per* and through undersigned counsel, will and hereby does move to

stay the action under the *Younger* abstention doctrine for all of the reasons set forth in the papers filed by co-defendants Maxmilian Zarzana and Pinaki Chakravorty, whose motions Kirsch joins in.

This motion is brought on the grounds that this action should be stayed under the *Younger* abstention doctrine for all of the reasons set forth in the papers filed by Zarzana and Chakravorty. For these reasons, Kirsch requests that the action be stayed.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities set forth herein, the pleadings and papers filed herein, all papers relating to the motions filed by Zarzana and Chakravorty, and upon such other matters as may be presented to the Court at the time of the hearing.

## I.     ISSUES TO BE DECIDED IN MOTION TO STAY

Is application of the *Younger* abstention doctrine appropriate to require stay of the instant action against Kirsch for the reasons set forth in the papers of Zarzana and Chakroavorty?

## II.    RELEVANT FACTS

### A.    Allegations in the First Amended Complaint

Plaintiff filed his First Amended Complaint for Declaratory and Injunctive Relief on April 9, 2007. Plaintiff does not seek relief under his first claim against Kirsch. By his second claim, plaintiff appears to allege that Kirsch presented an improper criminal complaint against him so that Kirsch could further his chances of collecting a civil judgment. By his third claim, plaintiff appears to allege that the defendants engaged in a conspiracy to deprive him of his rights so that Kirsch could further his chances of collecting a civil judgment.

## III.   LEGAL ARGUMENT

### A.    The *Younger* Abstention Doctrine Mandates Stay

For all the reasons set forth in the papers of co-defendants Zarzana and Chakroavorty, the *Younger* abstention doctrine mandates stay.

## IV. CONCLUSION

For all the reasons set forth above, Kirsch requests that this action against him be stayed.

Date:  July 16, 2007                     REDENBACHER & BROWN, LLP


By _____\s_____
    JOHN C. BROWN
Attorneys for Plaintiff
STEVEN T. KIRSCH