IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**HOWARD HERSHIPS,**

Plaintiff,

v.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA, et al.,**

Defendants,
_____________________________________/

No. **C 06-6644 MJJ**

**CLERK'S NOTICE VACATING MOTIONS HEARING**

YOU ARE NOTIFIED THAT the Court has VACATED the motions hearing previously scheduled for Tuesday, August 28, 2007 at 9:30 a.m. before the Honorable Martin J. Jenkins. The matter has been deemed submitted on the papers.

Dated: 8/16/07

FOR THE COURT,

Richard W. Wieking, Clerk

By:____________________
Edward Butler
Courtroom Deputy

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HOWARD HERSHIPS,

Plaintiff,

v.

SUPERIOR COURT OF CALIFORNIA et al,

Defendant.
_______________________________________/

Case Number: CV06-06644 MJJ

**CERTIFICATE OF SERVICE**

**ON NON E-FILING PARTY**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 16, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Howard Herships
P.O. Box 190711
San Francisco, CA 94119-0711

Dated: August 16, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk