1  Gary M. Baum, City Atty. SBN 117200
   Donald A. Larkin, Asst. City Atty. SBN 199759
2  CITY OF PALO ALTO
3  250 Hamilton Avenue
   Palo Alto, CA 94301
4  Telephone: (650) 329-2171
   Facsimile:  (650) 329-2646
5  E-Mail: donald.larkin@cityofpaloalto.org

6  Attorneys for Defendant
   CARLOS DE SANTIAGO
7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHER DISTRICT OF CALIFORNIA

10 HOWARD HERSHIPS,                    Case No. 06-CV-6644-MJJ

11          Plaintiff,                 NOTICE OF MOTION AND MOTION TO
                                       DISMISS OR, IN THE ALTERNATIVE,
12 vs.                                 STAY THE FIRST AMENDED
                                       COMPLAINT
13 THE SUPERIOR COURT OF CALIFORNIA,   (FRCP 12 (b) (6))
   COUNTY OF SANTA CLARA, et al.
14                                     Date: October 9, 2007
            Defendant.                 Time: 1:30 P.M.
15                                     Courtroom: 11
                                       Hon. Martin J. Jenkins
16

17

18

19 TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

20         PLEASE TAKE NOTICE that on October 9, 2007, or as soon thereafter as the

21 matter may be heard in the above entitled court, located at 450 golden Gate Ave., San

22 Francisco, CA 94102, defendant Carlos De Santiago will move the Court: 1) to dismiss the

23 plaintiff HOWARD HERSHIPS' complaint as to him because the complaint has not

24 alleged sufficient facts to maintain a §1983 cause of action; 2) to dismiss the instant

25 complaint because Carlos de Santiago is entitled to absolute immunity from this suit;

26 and/or 3) to stay the instant action pursuant to *Gilbertson v. Albright* and the *Younger*

27 abstention doctrine. See *Younger v Harris*, 401 U.S. 37 (1971); *Gilbertson v. Albright*, 381

28 F.3d 965, 982 (9th Cir. 2004).

| | |
|---|---|
| 1 | This motion to dismiss will be based on this Notice of Motion and Motion to |
| 2 | Dismiss or, in the Alternative, Stay the First Amended Complaint; the Memorandum of Points and |
| 3 | Authorities in Support of Defendant Carlos De Santiago's Motion to Dismiss or, in the Alternative, |
| 4 | Stay the First Amended Complaint; and the pleadings and papers field herein. |
| 5 | Dated: August 30, 2007 |

Respectfully submitted,

_____
DONALD A. LARKIN
Assistant City Attorney
CITY OF PALO ALTO