**Gary M. Baum**, City Atty. SBN 117200
**Donald A. Larkin,** Asst. City Atty. SBN 199759
**CITY OF PALO ALTO**
250 Hamilton Avenue
Palo Alto, CA 94301
Telephone: (650) 329-2171
Facsimile:  (650) 329-2646
E-Mail:  donald.larkin@cityofpaloalto.org

Attorneys for Defendant
CARLOS DE SANTIAGO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD HERSHIPS,<br><br>Plaintiff,<br><br>vs.<br><br>THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA, et al.<br><br>Defendant. | Case No.  06-CV-6644-MJJ<br><br>**AMENDED NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY THE FIRST AMENDED COMPLAINT (FRCP 12 (b) (6))**<br><br>Date:   October 16, 2007<br>Time:  9:30 A.M.<br>Courtroom: 11<br>Hon. Martin J. Jenkins |

**AMENDED NOTICE OF MOTION**

TO PLAINTIFF HOWARD HERSHIPS:

PLEASE TAKE NOTICE that on October 16, 2007, or as soon thereafter as the matter may be heard in the above entitled court, located at  450 golden Gate Ave., San Francisco, CA 94102, defendant Carlos De Santiago will move the Court: 1) to dismiss the plaintiff HOWARD HERSHIPS' complaint as to him because the complaint has not 0alleged sufficient facts to maintain a §1983 cause of action; 2) to dismiss the instant complaint because Carlos de Santiago is entitled to absolute immunity from this suit; and/or 3) to stay the instant action pursuant to *Gilbertson v. Albright* and the *Younger* abstention doctrine. *See Younger v Harris*, 401 U.S. 37 (1971); *Gilbertson v. Albright*, 381 F.3d 965, 982 (9th Cir. 2004).

Carlos De Santiago's Amended Notice of Motion
to Dismiss Plaintiffs First Amended Complaint

1    This motion to dismiss will be based on this Notice of Motion and Motion to Dismiss or, in

2    the Alternative, Stay the First Amended Complaint; the Memorandum of Points and Authorities in

3    Support of Defendant Carlos De Santiago's Motion to Dismiss or, in the Alternative, Stay the First

4    Amended Complaint; and the pleadings and papers field herein.

5    Dated:  August 31, 2007

6                                                    Respectfully submitted,

7

8                                                    DONALD A. LARKIN
9                                                    Assistant City Attorney
                                                     CITY OF PALO ALTO
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28