| | |
|---|---|
| 1 | **Gary M. Baum**, City Atty. SBN 117200 |
| 2 | **Donald A. Larkin**, Asst. City Atty. SBN 199759<br>**CITY OF PALO ALTO** |
| 3 | 250 Hamilton Avenue<br>Palo Alto, CA 94301 |
| 4 | Telephone: (650) 329-2171 |
| 5 | Facsimile: (650) 329-2646<br>E-Mail: donald.larkin@cityofpaloalto.org |
| 6 | Attorneys for Defendant |
| 7 | CARLOS DE SANTIAGO |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOWARD HERSHIPS, | | Case No. 06-CV-6644-MJJ |
| | Plaintiff, | **PROOF OF SERVICE** |
| vs. | | |
| THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA, et al. | | |
| | Defendant. | |

    I, the undersigned declare that I am and was at all time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding. My business address is 250 Hamilton Avenue, Palo Alto, California 94301, which is located in the county in which the within-mentioned mailing occurred. I am familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence will be deposited with the United States Postal Service on the same day in the ordinary course of business.

///

///

On August 31, 2007, I served the following document(s):

(1) **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT CARLOS DE SANTIAGO'S MOTION TO DISMISS OR, IN THE ALTERNATIFE, STAY THE FIRST AMENDED COMPLAINT**

(2) **NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY THE FIRST AMENDED COMPLAINT (FRCP 12(b)(6)**

(3) **AMENDED NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY THE FIRST AMENDED COMPLAINT (FRCP 12(b)(6)**

by placing a true copy in a separate envelope for each addressee named below, with the name and address of the person served shown on the envelope as follows:

Howard Herships
P.O. Box 190711
San Francisco, CA 94119-0711

and by sealing the envelope and placing it for collection and mailing with postage fully prepaid in accordance with ordinary business practices.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on August 31, 2007, at Palo Alto, California.

_____
Shirley Nakasofa