IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD HERSHIPS, | No. C06-06644 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| SUPERIOR COURT OF CALIFORNIA, | |
| Defendant. | |

The Court has received no opposition or statement of non-opposition from Plaintiff to Defendant Carlos de Santiago's Motion to Dismiss or, in the Alternative, Stay the First Amended Complaint, which is scheduled for hearing on October 16, 2007.  Under the Civil Local Rules, the opposition was due three weeks before the hearing date.

Plaintiff is hereby **ORDERED** to show good cause in writing, by Wednesday, October 3, 2007, why no opposition or statement of non-opposition has been filed to date, and why any tardy filing should be considered at this point given the guidelines of the Local Rules, as well as the Court's Standing Order for civil cases.

//
//
//
//

Plaintiff is **ORDERED** to file and serve an opposition or statement of non-opposition concurrently with the response to this order to show good cause. Defendant may file a reply one week after Plaintiff's opposition is filed. Failure to respond to this order shall result in the imposition of sanctions, which may include granting the motion.

**IT IS SO ORDERED.**

Dated: September 27, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD HERSHIPS,<br><br>             Plaintiff,<br><br>    v.<br><br>SUPERIOR COURT OF CALIFORNIA et al,<br><br>             Defendant.<br>_____/ | Case Number: CV06-06644 MJJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Howard Herships
P.O. Box 190711
San Francisco, CA 94119-0711


Dated: September 27, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk