IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD HERSHIPS, | No. C06-06644 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| SUPERIOR COURT OF CALIFORNIA, | |
| Defendant. | |

The Court has received no opposition or statement of non-opposition from Plaintiff to Defendant Carlos de Santiago's Motion to Dismiss or, in the Alternative, Stay the First Amended Complaint, which is scheduled for hearing on October 16, 2007. Under the Civil Local Rules, the opposition was due three weeks before the hearing date.

Plaintiff is hereby **ORDERED** to show good cause in writing, by Wednesday, October 3, 2007, why no opposition or statement of non-opposition has been filed to date, and why any tardy filing should be considered at this point given the guidelines of the Local Rules, as well as the Court's Standing Order for civil cases.

//
//
//
//

Plaintiff is **ORDERED** to file and serve an opposition or statement of non-opposition concurrently with the response to this order to show good cause. Defendant may file a reply one week after Plaintiff's opposition is filed. Failure to respond to this order shall result in the imposition of sanctions, which may include granting the motion.

**IT IS SO ORDERED.**

Dated: September 27, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California