IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD HERSHIPS, | No. C 06-06644 MJJ |
| Plaintiff, | **CLERK'S NOTICE VACATING HEARING DATE** |
| v. | |
| SUPERIOR COURT OF CALIFORNIA, | |
| Defendant. | |

YOU ARE NOTIFIED THAT the **Initial Case Management Conference**, which has been scheduled for *Tuesday, 10/02/07 at 2:00 PM* is hereby VACATED.

Dated: September 27, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
R. B. Espinosa
Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD HERSHIPS, | Case Number: CV06-06644 MJJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SUPERIOR COURT OF CALIFORNIA et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Howard Herships
P.O. Box 190711
San Francisco, CA 94119-0711

Dated: September 27, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk