IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD HERSHIPS, | No. C 06-06644 MJJ |
| Plaintiff, | **CLERK'S NOTICE VACATING HEARING DATE** |
| v. | |
| SUPERIOR COURT OF CALIFORNIA, | |
| Defendant. | |

YOU ARE NOTIFIED THAT the **Motion to Dismiss**, which has been noticed for hearing on *10/16/07 at 9:30 AM*, will be decided on the papers submitted without oral argument. Accordingly, the hearing date is hereby VACATED.

Dated:   October 11, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
R. B. Espinosa
Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD HERSHIPS,<br><br>    Plaintiff,<br><br>  v.<br><br>SUPERIOR COURT OF CALIFORNIA et al,<br><br>    Defendant._____/ | Case Number: CV06-06644 MJJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 11, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Howard Herships
P.O. Box 190711
San Francisco, CA 94119-0711


Dated: October 11, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk