UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

| | |
|---|---|
| HOWARD HERSHIPS,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>SUPERIOR COURT FOR THE STATE OF CALIFORNIA, COUNTY OF SANTA CLARA; et al.,<br><br>    Defendants - Appellees. | No. 07-16708<br>D.C. No. CV-06-06644-MJJ<br><br><br>**ORDER** |

This appeal has been taken in good faith  [ ]

This appeal is not taken in good faith  [x]

Explanation: _____

The Court of Appeals does not have jurisdiction to consider Plaintiff-Appellant Herships' appeal because it does not arise from a final order. *See* 28 U.S.C. § 1291. The appealed order is not appealable because the order fails to dispose of all claims as to all parties. *See* Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221 (9th Cir. 1981).

_____
Judge
United States District Court

Date: 10/12/2007

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD HERSHIPS,<br><br>           Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA et al,<br><br>           Defendant. | Case Number: CV06-06644 MJJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 15, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald Alan Larkin
City of Palo Alto
250 Hamilton Ave.
Palo Alto,, CA 94301
San Jose, CA 95110

Howard Herships
P.O. Box 190711
San Francisco, CA 94119-0711

John Calvin Brown
Redenbacher & Brown, LLP
580 California Street
Suite 1600
San Francisco, CA 94104

John P. Devine
Office of the Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102

Kevin Hammon
Office of the County Counsel
70 W. Hedding St., 9th Floor, East Wing

Dated: October 15, 2007

*Lashanda Scott*
Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk