UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

| | |
|---|---|
| HOWARD HERSHIPS,<br><br>　　　　Plaintiff - Appellant,<br><br>v.<br><br>SUPERIOR COURT FOR THE STATE OF CALIFORNIA, COUNTY OF SANTA CLARA; et al.,<br><br>　　　　Defendants - Appellees. | No.　07-16708<br>D.C. No.　CV-06-06644-MJJ<br><br><br><br>**ORDER** |

This appeal has been taken in good faith　[ ]

This appeal is not taken in good faith　　[x]

Explanation: _____

The Court of Appeals does not have jurisdiction to consider Plaintiff-Appellant Herships' appeal because it does not arise from a final order. *See* 28 U.S.C. § 1291. The appealed order is not appealable because the order fails to dispose of all claims as to all parties. *See* Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221 (9th Cir. 1981).

_____
Judge
United States District Court

Date: 10/12/2007