IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOWARD HERSHIPS,

    Plaintiff,

  v.

SUPERIOR COURT OF CALIFORNIA SANTA CLARA COUNTY, et al.,

    Defendants.
_____/

No. C 06-06644 CW

**<u>ORDER OF TRANSFER</u>**

    On October 25, 2006, Plaintiff filed the above-captioned action. Pursuant to Civil Local Rule 3-2(c) and (e):

> "**Assignment to a Division.** Pursuant to the Court's Assignment Plan, except for Intellectual Property Actions, Securities Class Actions and Capital and Noncapital Prisoner Petitions or Prisoner Civil Rights Actions, upon initial filing, all civil actions and proceedings for which this district is the proper venue shall be assigned by the Clerk to a Courthouse serving the county in which the action arises. A civil action arises in the county in which a substantial part of the events or omissions which give rise to the claim occurred or in which a substantial part of the property that is the subject of the action is located. Actions in the excepted categories shall be assigned on a district-wide basis."

> "**San Jose.** Except as provided in Civil L.R. 3-2(c), all civil actions which arise in the counties of Santa Clara, Santa Cruz, San Benito or Monterey shall be assigned to the San Jose Division."

    The events in this action occurred in Santa Clara County. Accordingly,

1  IT IS HEREBY ORDERED that pursuant to Civil Local Rule 3-2(f)
2 this action is transferred to the San Jose Division and shall be
3 subject to the provisions of the Court's Assignment Plan.

Dated:   3/19/08



CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HERSHIPS et al,

        Plaintiff,

  v.

SUPERIOR COURT OF CALIFORNIA
SANTA CLARA COUNTY et al,

        Defendant.

Case Number: CV06-06644 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald Alan Larkin
City of Palo Alto
250 Hamilton Ave.
Palo Alto,, CA 94301

Howard Herships
P.O. Box 190711
San Francisco, CA 94119-0711

John Calvin Brown
Redenbacher & Brown, LLP
580 California Street
Suite 1600
San Francisco, CA 94104

John P. Devine
Office of the Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102

Kevin Hammon
Office of the County Counsel
70 W. Hedding St., 9th Floor, East Wing
San Jose, CA 95110

Dated: March 19, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk