**\*\*E-filed 4/9/08\*\***

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

HOWARD HERSHIPS,

    Plaintiff,

    v.

SUPERIOR COURT OF CALIFORNIA,

    Defendant.

No. C-06-6644-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

Due to a recent reassignment of this matter to Judge Jeremy Fogel, the Court has rescheduled a Status Conference for June 27, 2008 at 10:30 AM.   The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 4/9/08                       For the Court,
                                    Richard W. Wieking, Clerk

                                    Diana Munz
                                    electronic signature
                                    Courtroom Deputy