STEVEN T. KIRSCH
13930 La Paloma Road
Los Altos Hills, CA 94022
Phone: (650) 941-0248
Facsimile: (408) 716-2493
Email address: stk@propel.com
*In pro per*

JOHN C. BROWN (State Bar # 195804)
Redenbacher & Brown, LLP
580 California Street, Suite 1600
San Francisco, California 94104
Phone: (415) 409-8600
Facsimile: (415) 520-0141
Email: jbrown@redbrownlaw.com
Attorneys for Defendant, STEVEN T. KIRSCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOWARD HERSHIPS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE SUPERIOR COURT OF CALIFORNIA COUNTY OF CALIFORNIA, *et al.*,<br><br>　　　　Defendants. | Case No.: C-06-6644-JF<br><br>**DEFENDANTS' STATUS CONFERENCE STATEMENT**<br><br>Status Conference: June 27, 2008, 10:30 a.m.<br>Courtroom: 3, 5th Floor<br>Judge: The Hon. Jeremy Fogel |

　　　　Defendants Steven T. Kirsch and Carlos DeSantiago jointly file this Status Conference Statement based on the Court's setting of a status conference for June 27, 2008. Defendants file this statement rather than a Case Management Conference Statement based on the fact that this matter has been stayed pending resolution of a criminal matter involving the plaintiff Howard Herships. At this time, the criminal matter is set for July 28, 2008. Defendants will apprise the Court of any further developments regarding the criminal matter at the Status Conference.

1

| | |
|---|---|
| Date: June 11, 2008 | REDENBACHER & BROWN, LLP |
| | By _____\s_____<br>    JOHN C. BROWN<br>Attorneys for Defendant<br>STEVEN T. KIRSCH |
| Date: June 11, 2008 | CITY OF PALO ALTO |
| | By _____\s_____<br>    DONALD LARKIN<br>Attorneys for Defendants<br>Carlos DeSantiago |