UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, June 27, 2008
**Case Number:** CV-06-6644-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:       HOWARD HERSHIPS  V.  SUPERIOR COURT OF CALIFORNIA, ET AL

                    PLAINTIFF                                    DEFENDANT

**Attorneys Present:** Howard Herships, pro se        **Attorneys Present:** John Brown for Santa Clara County, Scott Pinsky for Palo Alto, Steven Kirsch for Kirsch

PROCEEDINGS:
    Case management conference held.  Parties are present.  Case is set for motion hearing on 9/5/08 at 9:00 a.m.