STEVEN T. KIRSCH
13930 La Paloma Road
Los Altos Hills, CA 94022
Phone: (650) 941-0248
Facsimile: (408) 716-2493
Email address: stk@propel.com
*In pro per*

JOHN C. BROWN (State Bar # 195804)
Redenbacher & Brown, LLP
580 California Street, Suite 1600
San Francisco, California 94104
Phone: (415) 409-8600
Facsimile: (415) 520-0141
Email: jbrown@redbrownlaw.com

Attorneys for Defendant, STEVEN T. KIRSCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOWARD HERSHIPS,<br><br>    Plaintiff,<br><br>vs.<br><br>THE SUPERIOR COURT OF CALIFORNIA COUNTY OF CALIFORNIA, *et al.*,<br><br>    Defendants. | Case No.: C 06-CV-6644 JF/RS<br><br>**NOTICE OF MOTION AND MOTION BY STEVEN T. KIRSCH TO DISMISS COMPLAINT (F.R.C.P. 12(b)(6))**<br><br>Date of Motion: September 5, 2008<br>Time of Motion: 9:00 a.m.<br>Ctrm: #3, 5th Floor<br>Judge: The Hon. Jeremy Fogel<br>Case Filed: October 25, 2006<br>Trial date: None |

PLEASE TAKE NOTICE that on September 5, 2008, at 9:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 3 of the above-entitled Court, located at 280 South 1st

1

Street, San Jose, California, defendant STEVEN T. KIRSCH will and hereby does move the Court to dismiss with prejudice plaintiff HOWARD HERSHIPS' Complaint pursuant to F.R.C.P. 12(b)(6) based on the fact that Herships fails to state a claim against Kirsch.

Specifically, Herships fails to allege a "civil right" that has been violated or, to the extent he does allege a "civil right," he fails to allege causation of damages. Second, Herships fails to allege that Kirsch is a "state actor" and, as such, Kirsch cannot be liable for violation of "civil rights." Third, Herships fails to allege specifics of an agreement between Kirsch and a "state actor" to conspire to deprive him of his civil rights, and, as such, Kirsch cannot be liable for "conspiracy to violate civil rights."

This motion to dismiss will be based on this Notice of Motion and Motion to Dismiss; the Memorandum of Points and Authorities in Support of Kirsch's Motion to Dismiss; Herships' First Amended Complaint; the pleadings, records, and papers filed herein; and such other and further oral and documentary evidence and legal memoranda as may be presented at or by the hearing on these issues.

Dated:   July 18, 2008                             REDENBACHER & BROWN, LLP

                                                   By: _John C. Brown_____
                                                   JOHN C. BROWN
                                                   Attorneys for defendant
                                                   STEVEN T. KIRSCH