STEVEN T. KIRSCH
13930 La Paloma Road
Los Altos Hills, CA 94022
Phone: (650) 941-0248
Facsimile: (408) 716-2493
Email address: stk@propel.com
*In pro per*

JOHN C. BROWN (State Bar # 195804)
Redenbacher & Brown, LLP
580 California Street, Suite 1600
San Francisco, California 94104
Phone: (415) 409-8600
Facsimile: (415) 520-0141
Email: jbrown@redbrownlaw.com

Attorneys for Defendant, STEVEN T. KIRSCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOWARD HERSHIPS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE SUPERIOR COURT OF CALIFORNIA COUNTY OF CALIFORNIA, *et al.*,<br><br>　　　　Defendants. | Case No.: C 06-CV-6644 JF/RS<br><br>**[PROPOSED] ORDER GRANTING MOTION BY STEVEN T. KIRSCH TO DISMISS COMPLAINT (F.R.C.P. 12(b)(6))**<br><br>Date of Motion: September 5, 2008<br>Time of Motion: 9:00 a.m.<br>Ctrm: #3, 5th Floor<br>Judge: The Hon. Jeremy Fogel<br>Case Filed: October 25, 2006<br>Trial date: None |

This matter is before the Court on the Motion to Dismiss under F.R.C.P. 12(b)(6) brought by defendant Steven T. Kirsch. After reviewing all matter submitted relating to this motion, the Court determines that plaintiff Howard Herships has not alleged that he has been damaged by the

1  violation of any civil right.  Further, Herships has not alleged that Kirsch is a "state actor" and, as
2  such, Kirsch cannot be liable for violation of "civil rights."  Finally, Herships fails to allege
3  specifics of an agreement between Kirsch and a "state actor" to conspire to deprive him of his civil
4  rights, and, as such, Kirsch cannot be liable for "conspiracy to violate civil rights."

6  For the foregoing reasons, the Motion To Dismiss of defendant Steven T. Kirsch is GRANTED
7  and the claims of Howard Herships against Steven T. Kirsch are dismissed with prejudice.

9  **IT IS SO ORDERED.**

11  Dated: _____                    _____
12                                             THE HON. JEREMY FOGEL
13                                             UNITED STATES DISTRICT JUDGE