STEVEN T. KIRSCH
13930 La Paloma Road
Los Altos Hills, CA 94022
Phone: (650) 941-0248
Facsimile: (408) 716-2493
Email address: stk@propel.com
*In pro per*

JOHN C. BROWN (State Bar # 195804)
Redenbacher & Brown, LLP
580 California Street, Suite 1600
San Francisco, California 94104
Phone: (415) 409-8600
Facsimile: (415) 520-0141
Email: jbrown@redbrownlaw.com

Attorneys for Defendant, STEVEN T. KIRSCH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HOWARD HERSHIPS,<br><br>    Plaintiff,<br><br>vs.<br><br>THE SUPERIOR COURT OF CALIFORNIA COUNTY OF CALIFORNIA, *et al.*,<br><br>    Defendants. | Case No.: C 06-CV-6644 JF/RS<br><br>**NOTICE OF MOTION AND MOTION BY STEVEN T. KIRSCH TO DISMISS COMPLAINT (28 U.S.C. §1915(e)(2)(B))**<br><br>Date of Motion: September 5, 2008<br>Time of Motion: 9:00 a.m.<br>Ctrm: #3, 5th Floor<br>Judge: The Hon. Jeremy Fogel<br>Case Filed: October 25, 2006<br>Trial date: None |

    PLEASE TAKE NOTICE that on September 5, 2008, at 9:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 3 of the above-entitled Court, located at 280 South 1st Street, San Jose, California, defendant STEVEN T. KIRSCH will and hereby does move the

1

1  Court to dismiss with prejudice plaintiff HOWARD HERSHIPS' Complaint pursuant to 28 U.S.C.
2  §1915(e)(2)(B) based on the fact that Herships has filed a frivolous lawsuit against Kirsch. Kirsch
3  files this motion for hearing on September 5, 2008 in addition to his Motion to Dismiss (F.R.C.P.
4  12(b)(6)) filed on July 18, 2008.

5      Specifically, Herships has a filed a Complaint *in forma pauperis*, but his action is frivolous
6  and the supporting allegations are completely baseless, as is apparent from the papers. Because the
7  Court is not required to accept such allegations, the Complaint should be dismissed with prejudice.

8      This motion to dismiss will be based on this Notice of Motion and Motion to Dismiss; the
9  Memorandum of Points and Authorities in Support of Kirsch's Motion to Dismiss; Herships' First
10 Amended Complaint; the pleadings, records, and papers filed herein; and such other and further
11 oral and documentary evidence and legal memoranda as may be presented at or by the hearing on
12 these issues.

14 Dated:   August 1, 2008                               REDENBACHER & BROWN, LLP

15                                                       By: _John C. Brown_____
16                                                            JOHN C. BROWN
                                                              Attorneys for defendant
17                                                            STEVEN T. KIRSCH