STEVEN T. KIRSCH
13930 La Paloma Road
Los Altos Hills, CA 94022
Phone: (650) 941-0248
Facsimile: (408) 716-2493
Email address: stk@propel.com
*In pro per*

JOHN C. BROWN (State Bar # 195804)
Redenbacher & Brown, LLP
580 California Street, Suite 1600
San Francisco, California 94104
Phone: (415) 409-8600
Facsimile: (415) 520-0141
Email: jbrown@redbrownlaw.com

Attorneys for Defendant, STEVEN T. KIRSCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOWARD HERSHIPS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE SUPERIOR COURT OF CALIFORNIA COUNTY OF CALIFORNIA, *et al.*,<br><br>　　　　Defendants. | Case No.: C 06-CV-6644 JF/RS<br><br>**PROOF OF SERVICE** |

　　　　I, JOHN C. BROWN, declare that I am employed in the County of San Francisco, California, over 18 years old, and not a party to the instant action. My business address is 580 California Street, Suite 1600, San Francisco, CA, 94104. On August 1, 2008, I served the following documents: Notice of Second Motion to Dismiss; Memorandum in Support of Motion; Request for Judicial Notice; [Proposed] Order

　　___　　　**(By mail)** on all parties, to the addresses below, by placing true copies thereof

1

enclosed in a sealed envelope in a Unites States mailbox in San Francisco, California, with the correct postage amount.

X        **(By mail)** on the party identified below to the addresses below, by placing true copies thereof enclosed in a sealed envelope in the firm's outgoing mailbox.  I am familiar with the firm's practice of collection and processing outgoing mail.  It is deposited in a United States mailbox in San Francisco, California, on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__        **(By personal delivery)** on all parties by personally delivering true copies thereof to the person and at the address set forth below before 5:00 p.m.

__        **(By Federal Express)** on all parties by depositing true copies thereof in a sealed packet for overnight mail delivery, with charges thereon fully prepaid, in a Federal Express collection box, at San Francisco, California, and addressed as set forth below.

__        **(By facsimile transmission)** on all parties by transmitting true copies thereof from the firm's facsimile machine to the facsimile machine number(s) shown below per written agreement between the party serving and the party receiving papers.

__        **(By email)** on all parties below by sending true copies thereof to the email address(es) below, per written agreement between the party serving and the party receiving papers.

Howard Herships

PO Box 190711

San Francisco, CA 94119-0711

   I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 1, 2008, at San Francisco, California.

*John C. Brown*

JOHN C. BROWN

2

PROOF OF SERVICE ; C 06-CV-6644 MJJ