STEVEN T. KIRSCH
13930 La Paloma Road
Los Altos Hills, CA 94022
Phone: (650) 941-0248
Facsimile: (408) 716-2493
Email address: stk@propel.com
*In pro per*

JOHN C. BROWN (State Bar # 195804)
Redenbacher & Brown, LLP
580 California Street, Suite 1600
San Francisco, California 94104
Phone: (415) 409-8600
Facsimile: (415) 520-0141
Email: jbrown@redbrownlaw.com

Attorneys for Defendant, STEVEN T. KIRSCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOWARD HERSHIPS,<br><br>           Plaintiff,<br><br>      vs.<br><br>THE SUPERIOR COURT OF CALIFORNIA COUNTY OF CALIFORNIA, *et al.*,<br><br>           Defendants. | Case No.: C 06-CV-6644 JF/RS<br><br>**[PROPOSED] ORDER GRANTING MOTION BY STEVEN T. KIRSCH TO DISMISS COMPLAINT (28 U.S.C. §1915(e)(2)(B))**<br><br>Date of Motion: September 5, 2008<br>Time of Motion: 9:00 a.m.<br>Ctrm: #3, 5th Floor<br>Judge: The Hon. Jeremy Fogel<br>Case Filed: October 25, 2006<br>Trial date: None |

This matter is before the Court on the Motion to Dismiss under 28 U.S.C. §1915(e)(2)(B) brought by defendant Steven T. Kirsch. After reviewing all matter submitted relating to this motion, the Court determines that plaintiff Howard Herships has filed a frivolous *in forma pauperis*

1

1  action, and that it should be dismissed with prejudice.

2

3  For the foregoing reasons, the Motion To Dismiss of defendant Steven T. Kirsch is GRANTED

4  and the claims of Howard Herships against Steven T. Kirsch are dismissed with prejudice.

5

6  **IT IS SO ORDERED.**

7

8  Dated: _____                    _____

9                                            THE HON. JEREMY FOGEL

10                                           UNITED STATES DISTRICT JUDGE