UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, September 5, 2008
**Case Number:** CV-06-6644-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | HOWARD HERSHIPS  V.  SUPERIOR COURT OF CALIFORNIA, ET AL |
|---|---|
| | PLAINTIFF                                                      DEFENDANT |

**Attorneys Present:** Howard Herships, pro se          **Attorneys Present:** John Brown for Kirsch

PROCEEDINGS:

Hearing on Motions to Dismiss and Motion for Leave to File Third Amended Complaint held.  Parties are present.  The motions are continued to 11/7/08 at 9:00 a.m. for hearing.  The case is stayed pending disposition of the criminal case.